# UNITED STATES DISTRICT COURT
## Western District of Arkansas
### U.S. Probation / Pretrial Services

**Myron Smith**
Chief U.S. Probation Officer

319 Federal Building and U. S. Courthouse
35 East Mountain Road
Fayetteville, Arkansas 72701
(479) 442-9892
Fax - (479) 442-5276

March 6, 2009

Honorable Jimm Larry Hendren
Chief U.S. District Judge
U.S. Courthouse
35 East Mountain
P.O. Box 6420
Fayetteville, Arkansas 72701

RE:   **LOGAN, Charles William**
      **Dkt. No.: 5:04CR50017-001**
      **VIOLATION REPORT &**
      **REQUEST FOR TRANSFER OF JURISDICTION**

Dear Judge Hendren:

This is to seek the court's guidance in the matter of supervision in this case. Mr. Logan was sentenced for Travel With Intent to Engage in Illicit Sexual Conduct with a Minor on February 11, 2005 to (33) months prison, a (3) year term of supervised release, $7,500 fine, and a $100 special assessment fee. The offender's term of supervision commenced on December 13, 2006, with the Western District of Missouri.

On February 22, 2009, Mr. Logan was arrested by the Noel, Missouri, Marshal's Office for Forcible Rape. According to the Incident Report, on February 21, 2009, the marshal's office was contacted by Kimberly Carr, who reported Mr. Logan had picked her up at the Wal-Mart near Jane, Missouri, and she traveled with him to his residence in Noel, Missouri. Ms. Carr reported that after arrival at the residence, Mr. Logan sexually assaulted her against her will.

Mr. Logan, when interviewed by officers at his residence, reported that he had been dating Ms. Carr on and off and that they had consensual sexual intercourse. Mr. Logan was released on bond pending his arraignment in McDonald County Circuit Court on March 30, 2009.

Mr. Logan continues to be involved in sex offender counseling in Joplin, Missouri. His treatment will be increased by adding weekly individual counseling. He is scheduled for a polygraph on March 17, 2009, and questions related to this incident will be added to that test. He was instructed to have no contact with the victim.

LOGAN, Charles William
March 6, 2009
Page 2


Mr. Logan is a resident of Noel, Missouri and is employed at Schreiber Foods Inc., Joplin, Missouri. His treatment and supervision have all been in the Western District of Missouri. I have talked with Mr. Logan's Supervising Probation Officer Adam L. Szura and he reports there have been no other problems with Mr. Logan's supervision. The Western District of Missouri respectfully requests that the court transfer jurisdiction of this case in order to address the violation of supervision and any changes that may be required with his treatment.

If Your Honor is in agreement with transferring jurisdiction to the Western District of Missouri, please find attached two copies of the Transfer of Jurisdiction form, both of which will need to be signed and returned. If further information is required, please advise.

Sincerely,

William E. Dunn Jr.
U.S. Probation Officer


U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 06 2009

CHRIS R. JOHNSON, CLERK
BY _____
DEPUTY CLERK

✓  Transfer Jurisdiction & Pursue Course of Action

___  Submit Petition for Violation Hearing

___  Other _____

_____  3/6/09
Honorable Jimm Larry Hendren    Date
Chief U.S. District Judge